| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SQUATRITO, DOMINIC J. | 2. Court or Organization US DISTRICT COURT HARTFORD, CT | 3. Date of Report 06/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTR. JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address US DISTRICT COURT 450 MAIN STREET HARTFORD, CT 06103 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 06/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ) wages and pass through |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 06/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank | Mortgage and equipment notes, and revolving credit line for ▮▮▮▮ | P2 |
| 2. | Connecticut Innovations, Inc. | Mortgage and equipment notes for ▮▮▮▮, ▮▮ | P1 |
| 3. | The State of Connecticut Department of Community and Economic Development (DECD) | Equipment and leasehold improvement note for ▮▮▮▮ | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Webster Bank - checking account | A | Interest | K | T | | | | | |
| 2. Fidelity contra fund - mutual fund | A | Dividend | J | T | | | | | |
| 3. ▭ South Windsor, CT | G | Rent | | | Merged (with line 4) | 12/31/16 | P2 | H1 | ▭. |
| 4. ▭ - common stock | A | Int./Div. | P2 | Q | | | | | |
| 5. Land, Windham, CT | | None | K | W | | | | | |
| 6. Coventry, CT Real Estate | | None | J | W | | | | | |
| 7. National Financial Services | B | Dividend | | | Sold | 10/07/16 | L | A | |
| 8. People's United Bank - checking account | A | Interest | L | T | | | | | |
| 9. Lincoln Financial - checking | A | Interest | | | Closed | 03/01/16 | L | | |
| 10. John Hancock Lifestyle Conservative Fund (401(k)) | A | Interest | | | Sold | 06/01/16 | L | A | |
| 11. Hines Global REIT | D | Int./Div. | L | T | Buy (add'l) | 01/05/16 | J | | |
| 12. Wilmington Trust Money Market | A | Interest | M | T | | | | | |
| 13. Abbott Laboratories - common stock | A | Dividend | K | T | | | | | |
| 14. Abbvie Inc. - common stock | A | Dividend | K | T | | | | | |
| 15. Apple Inc. - common stock | B | Dividend | L | T | | | | | |
| 16. Chevron Corp. - common stock | B | Dividend | K | T | | | | | |
| 17. Citigroup Inc. - common stock | A | Dividend | | | Sold | 05/11/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca Cola Co. - common stock | A | Dividend | K | T | | | | | |
| 19. Cummins Inc. - common stock | A | Dividend | J | T | | | | | |
| 20. Danaher Corp. - common stock | A | Dividend | K | T | | | | | |
| 21. Digitial Airlines, Inc. - common stock | A | Dividend | K | T | | | | | |
| 22. Walt Disney Co. - common stock | A | Dividend | K | T | | | | | |
| 23. Ecolab Inc. - common stock | A | Dividend | K | T | | | | | |
| 24. EMC Corp. - common stock | A | Dividend | | | Sold | 09/07/16 | K | D | |
| 25. ExxonMobil Corp. - common stock | A | Dividend | K | T | | | | | |
| 26. Gallagher Arthur J & Co. - common stock | | None | | | Sold | 02/19/16 | J | A | |
| 27. Honeywell Int'l Inc. - common stock | A | Dividend | K | T | | | | | |
| 28. International Business Machines Corp. - common stock | A | Dividend | K | T | | | | | |
| 29. Illinois Tool Sks Inc. - common stock | A | Dividend | K | T | | | | | |
| 30. ITC Holdings Corp. - common stock | A | Dividend | | | Sold | 10/17/16 | K | E | |
| 31. JP Morgan Chase - common stock | A | Dividend | K | T | | | | | |
| 32. Kimberly Clark Corp. - common stock | A | Dividend | J | T | | | | | |
| 33. Kroger Company - common stock | A | Dividend | J | T | | | | | |
| 34. Merck & Company - common stock | A | Dividend | J | T | Sold (part) | 05/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nextera Energy Inc. - common stock | B | Dividend | K | T | | | | | |
| 36. Occidental Petroleum Corp. - common stock | A | Dividend | | | Sold | 05/11/16 | J | A | |
| 37. Omnicom Group, Inc. - common stock | A | Dividend | K | T | | | | | |
| 38. Paychex Inc. - common stock | A | Dividend | K | T | | | | | |
| 39. Pepsico Inc. - common stock | A | Dividend | K | T | | | | | |
| 40. Pfizer Inc. - common stock | A | Dividend | J | T | | | | | |
| 41. PNC Financial Services Group Inc. - common stock | A | Dividend | K | T | | | | | |
| 42. Praxair Inc. - common stock | A | Dividend | J | T | | | | | |
| 43. Procter & Gamble Co. - common stock | A | Dividend | K | T | | | | | |
| 44. Qualcomm Inc. - common stock | A | Dividend | | | Sold | 05/11/16 | J | A | |
| 45. Southern Co. - common stock | A | Dividend | K | T | | | | | |
| 46. Sysco Corp. - common stock | A | Dividend | K | T | | | | | |
| 47. Target Corp. - common stock | A | Dividend | K | T | | | | | |
| 48. Union Pacific Corp. - common stock | A | Dividend | K | T | | | | | |
| 49. United Technologies Corp. - common stock | A | Dividend | K | T | | | | | |
| 50. Wells Fargo & Co. - common stock | A | Dividend | K | T | | | | | |
| 51. The Williams Company, Inc. - common stock | A | Dividend | | | Sold | 05/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Citizens PPTY Ins - FL bond | B | Interest | K | T | | | | | |
| 53. Colorado State Dept. of Transportation | B | Interest | | | Sold | 12/15/16 | K | A | |
| 54. Johnson County Kansas Sch Dist | A | Interest | | | Sold | 09/01/16 | K | A | |
| 55. Phoenix Arizona Civic Impt Corp | B | Interest | K | T | | | | | |
| 56. Cumberland Cnty North Carolina | B | Interest | K | T | | | | | |
| 57. Georgia State General Obligation Bond | B | Interest | K | T | | | | | |
| 58. Philadelphia Pennsylvania Str & Wst | B | Interest | K | T | | | | | |
| 59. Michigan State Fin Auth Revenue | B | Interest | K | T | | | | | |
| 60. Michigan State Fin auth Revenue | A | Interest | K | T | | | | | |
| 61. Ohio State Univ. | B | Interest | K | T | | | | | |
| 62. Keller TX Indpt Sch | A | Interest | K | T | | | | | |
| 63. Indiana State Fin auth Rev | A | Interest | K | T | | | | | |
| 64. Charleston South Carolina Wtrwks | A | Interest | K | T | | | | | |
| 65. Pasadena Texas School District Revenue Bond | A | Interest | K | T | | | | | |
| 66. Missouri State Hlth & Educational Fac | B | Interest | K | T | | | | | |
| 67. Pflugerville Texas Indep Sch Dist | A | Interest | K | T | | | | | |
| 68. Deutsch CMO - bond | A | Interest | J | T | Sold (part) | 12/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares Cohen & Steers REITS ETF | B | Int./Div. | K | T | | | | | |
| 70. District of Columbia General Obligation Bond | A | Interest | K | T | | | | | |
| 71. Biogen, Inc. - common stock | | None | | | Sold | 11/07/16 | J | A | |
| 72. Stryker Corp. - common stock | A | Dividend | K | T | | | | | |
| 73. Austin, TX General Obligation Bond | A | Interest | K | T | | | | | |
| 74. Fort Bend Cnty TX General Obligation Bond | A | Interest | K | T | | | | | |
| 75. Rhode Island St Hlth | B | Interest | K | T | | | | | |
| 76. Dripping Springs TX Indep Sch School District Revenue Bond | A | Interest | K | T | | | | | |
| 77. Wilmington Large-Cap Strategy Fund | B | Int./Div. | L | T | | | | | |
| 78. Gwinnett Cnty Georgia Sch Dist | A | Interest | | | Sold | 10/01/16 | K | A | |
| 79. Islip New York Free Sch Dist | A | Interest | K | T | | | | | |
| 80. Ishares Core MSCI Emerging Markets | B | Int./Div. | K | T | Sold (part) | 11/07/16 | K | A | |
| 81. Ishares TIPS Bond ETF | A | Int./Div. | K | T | | | | | |
| 82. Colorado St Dept Trn bond | | None | | | Buy | 09/01/16 | J | | |
| 83. Colorado St Dept Trn bond | | None | | | Sold | 12/15/16 | J | A | |
| 84. Fortive Corp (spinoff of Danaher) | A | Dividend | | | Sold | 09/21/16 | J | D | |
| 85. Fortis Inc. | A | Dividend | K | T | Buy | 10/14/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard FTSE Developed market ETF | A | Int./Div. | K | T | Buy | 11/07/16 | K | | |
| 87. Vanguard Small-Cap ETF | B | Int./Div. | L | T | Buy | 09/12/16 | L | | |
| 88. Spdr DJ Intl Real Estate ETF | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 89. Alvin TX Indpt Sch 5% bond | A | Interest | K | T | Buy | 02/18/16 | K | | |
| 90. San Antonio TX Wtr 5% bond | A | Interest | K | T | Buy | 02/03/16 | K | | |
| 91. Maricopa Cnty AZ bond | | None | K | T | Buy | 10/13/16 | K | | |
| 92. Salt River AZ bond | | None | K | T | Buy | 12/01/16 | K | | |
| 93. Bristol Myers Squibb common stock | | None | J | T | Buy | 11/07/16 | J | | |
| 94. Dell common stock (x) | | None | J | T | Sold (part) | 09/16/16 | J | A | |
| 95. GE Capital Assurance Universal Life (x) | | None | J | T | | | | | |
| 96. Amer Fund Target date 2010 fund | B | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 97. South Kingston, RI rental property | E | Rent | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

One of the Vacation Properties ▮▮▮▮▮▮▮ l was rented out during 2016. The original cost was $450,000 and the acquisition date was 7.3.2001

The Appraisal date of ▮▮▮▮▮▮ . was 7.31.2016

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/07/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOMINIC J. SQUATRITO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544